

# NUMBER 13-20-00549-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**HOA DAO,**                                                                                          **Appellant,**

**v.**

**HOMEOWNERS OF AMERICA MGA, INC.,**                                        **Appellee.**

---

### On appeal from the 151st District Court
### of Harris County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Silva
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's motion to dismiss appeal.[1]  Appellant

asks that costs be assessed against the party incurring the same and has conferred with

---

[1] This case is before the Court on transfer from the First Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

the appellees' counsel and they do not oppose the motion. The Court, having considered appellant's unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a).

Accordingly, appellant's unopposed motion to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

GINA M. BENAVIDES
Justice

Delivered and filed on the
12th day of August, 2021.

2